entered upon a dismissal of the complaint by the court on trial at Special Term.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellants.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HENRY A. EPISCOPO, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant, et al., Respondents.

*Episcopo* v. *Mayor, etc., of N. Y.*, 80 App. Div. 627, affirmed.
(Submitted October 19, 1903; decided October 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1903, affirming a judgment in favor of plaintiff and defendants, respondents, entered upon a decision of the court on trial at Special Term.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *Terence Farley*, of counsel), for appellant.

*Gilbert Ray Hawes* for plaintiff, respondent.

*L. Laflin Kellogg, Alfred C. Petté, Charles W. Dayton, F. E. M. Bullowa, J. Woolsey Shepard, R. A. Stacpoole* and *Austin E. Pressinger* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.